**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| N.C., et al., | |
| Petitioner(s), | Case No. 2:26-cv-01478-APG-NJK |
| v. | **Order** |
| Clark County School District, et al., | |
| Defendant(s). | |

Plaintiffs' counsel opened this case and filed several documents, including the complaint, with the full name of a minor. *See, e.g.*, Docket No. 1. In so doing, Plaintiffs' counsel violated both the federal rules and the local rules. *See* Fed. R. Civ. P. 5.2(a)(3); Local Rule IC 6-1(a)(2). The Clerk's Office is **INSTRUCTED** to seal Docket Nos. 1 and 2, and all exhibits thereto. The Clerk's Office is also **INSTRUCTED** to correct the docket such that the minor plaintiff is identified as only "N.C." Plaintiffs' counsel must file properly redacted versions of Docket Nos. 1 and 2, and all exhibits thereto, by May 21, 2026. Plaintiffs' counsel must strictly comply with the redaction requirements for personal identifying information moving forward.

IT IS SO ORDERED.

Dated: May 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1