GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendants*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| N.C., a minor, by and through his father, GEORGE CROSSMAN, an individual<br><br>Plaintiff,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, EAST CAREER AND TECHNICAL ACADEMY; JHONE EBERT, individually and in her capacity as Superintendent of Clark County School District; NATASHA LERUTTE, Individually and her capacity as Principal of East Career and Technical Academy; THOMAS SMITH, individually and in his capacity as Assistant Principal of East Career and Technical Academy; and ROE CORPORATIONS I- V, inclusive, and DOES I through V,<br><br>Defendants. | CASE NO. 2:26-cv-01478-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THOMAS SMITH TO FILE JOINDER TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |

Plaintiff N.C., by and through his counsel of record, and Defendant Thomas Smith, by and through his counsel of record, hereby stipulate and agree as follows:

1. On August 17, 2026, Defendants Clark County School District, East Career and Technical Academy, Jhone Ebert, and Natasha Lerutte filed their Motion to Dismiss Plaintiff's Complaint. [ECF No. 22].

2. Defendant Thomas Smith was served with the Summons and Complaint on August 4, 2026. Defendant Smith's deadline to respond to the Complaint is August 25, 2026.

/ / /

/ / /

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

3. Defendant Smith initially anticipated filing a separate motion to dismiss. Upon further review, Defendant Smith determined that the arguments raised in the Motion to Dismiss [ECF No. 22] are equally applicable to the claims asserted against him and that judicial economy is best served by a joinder.

4. To conserve judicial resources and avoid duplicative briefing, the parties stipulate that Defendant Thomas Smith shall have up to and including one (1) day after entry of the Court's Order approving this Stipulation to file a Joinder to Defendants' Motion to Dismiss [ECF No. 22].

5. The parties further stipulate that Plaintiff shall have fourteen (14) days after the filing of Defendant Thomas Smith's Joinder to file an opposition to Defendants' Motion to Dismiss [ECF No. 22] and Defendant Thomas Smith's Joinder thereto.

6. This request is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 25th day of August, 2026.

| LAW OFFICE OF DAVID SAMPSON | GARIN LAW GROUP |
|---|---|
| By: */s/ David F. Sampson*<br>DAVID F. SAMPSON, ESQ.<br>Nevada Bar No. 6811<br>AMANDA NALDER, ESQ.<br>Nevada Bar No. 16733<br>630 S. 3rd Street<br>Las Vegas, NV 89101<br>david@davidsampsonlaw.com<br>amanda@davidsampsonlaw.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Lisa J. Zastrow*<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br>Phone: (702) 382-1500<br>Fax: (702) 382-1512<br>lzastrow@garinlawgroup.com<br><br>*Attorney for Defendants* |

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512



**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THOMAS SMITH TO FILE JOINDER TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 22] (FIRST REQUEST)**

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Thomas Smith shall have up to and including one (1) day after entry of this Order to file a Joinder to Defendants' Motion to Dismiss [ECF No. 22].

IT IS FURTHER ORDERED that Plaintiff shall have fourteen (14) days after the filing of Defendant Thomas Smith's Joinder to file an opposition to Defendants' Motion to Dismiss [ECF No. 22] and Defendant Thomas Smith's Joinder thereto.

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 26, 2026

Prepared by:

GARIN LAW GROUP

/s/ Lisa J. Zastrow
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendants*